IN THE UNITED STATE'S DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 19 2019
ARTHUR JOHNSTON
BY ______ DEPUTY

HENRY HINTON AND
OTHERS SIMULAR SITUATED — Plaintiff

VS — File NO: 3:19CV192 DPJ-FKB

Sheriff VICTOR MASON, AND
Hinds COUNTY MISSISSIPPI — Defendant

* * * * * * * * * * * * * * * *

PRESENTING A 42 U.S.C. § 1983 CIVIL RIGHT'S

COMPLAINT FILED BY A PRISONER

* * * * * * * * * * * * * * * * * *

# INTRODUCTION

MAY IT PLEASE THE COURT, COMES NOW, HENRY HINTON an inmate incarcerated at The Hinds County, County Farm Work Center UNDER THE imminent Danger of Serious INJURY.

Proceeding Pro-Se, he respectfully moves This Honorable Court To "Fast Track This Action" where The Constitutional Violation's Complained of herein are Placing Plaintiff's life and OTHER'S Simular Situated in imminent Danger of Risk of Harm...

# TAble OF CONTENT'S




| | |
|---|---|
| HEADING W/INTRODUCTION | 1. |
| Table OF CONTENTS | 2. |
| PARTIES TO THE ACTION W/SERVICE INFORMATION | 3. |
| STATEMENT Of Claim | 4. |
| STATEMENT OF claim - CONTINUED | 5. |
| STATEMENT of claim - conclusion | 6. |
| MOTION TO Proceed informa PauPeris | 7. |
| MOTION TO Proceed - Conclusion | 8. |
| Affidavit in Support OF MOTION TO Proceed | 9. |
| Financial AuthoriZATION form | 10. |
| EXhaustion OF Administrative RemeDIES | 11. |
| Exhaustion Of RemediES - Conclusion | 12. |
| Claim for Relief | 13. |
| RelieF Sought W/MOTION FOR TRO AND INJUNCTIONS | 14. |
| Relief Sought - Conclusion | 15. |
| MEMORANDUM IN Support Of EMERgency Orders W/Point 1. | 16. |
| MemoranDum - Point 1, The Law - CONTINUED | 17. |
| MemoranDum - Point 1, Balance Of Hardships CONTINUED | 18. |
| MemoranDum - Point 2, W/conclusion | 19. |
| Emergency TRO's and INJunctions Sought | 20. |
| ORDER TO Show Cause | 21. |
| Sworn Affidavit'S ① ② and ③ | |


IN THE UNITED STATE'S DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN Division

HENRY Hinton, and
OThers Simular SITUATED — Plaintiff

VS

Sheriff VICTOR Mason, eTal — Defendant

## PARTIES TO THE ACTION



THE Plaintiff: HENRY HINTON an INMATE incarcerated AT THE Hind's COUNTY COUNTY Farm Work Center in Raymond, MS

Defendant 1: Sheriff VICTOR mason, Sheriff of Hinds COUNTY MISSISSIPPi.

Defendant 2: Hinds COUNTY MISSISSIPPi, THE COUNTY of Hinds.

## CAPACITY

Defendant ONE AND TWO ARE being SUED iN Their Professional CaPaCiTY

## Summon AND Service Information

THE Plaintiff: ~~HENRY Hinton #00451~~ HENRY HINTON, Jr #00451

Address of Record: ~~Hind's COUNTY COUNTY farm~~ Raymond Detention center
~~1447 COUNTY farm Rd~~ 1450 COUNTY Farm Rd
~~Raymond, MS 39154~~ Raymond, MS 39154

Defendants:

Service AT: → Sheriff VICTOR MASON
407 E. Pascagoula, ST
Jackson, MS 39201

## COURT ACTION

Plaintiff Demand A Trial BY JURY.

STATEMENT OF Claim



1. On about Feb 14th 2018 Plaintiff arrived at The Raymond Detention Center in Raymond, MS. (1)

2. At The detention center inmate's receive Their water From The Toliet Sink combo. while filling my cup at The sink, I noticed black and brown particle's floating in The glass. I tried rinsing The glass Several Time's Thinking maybe The glass was dirty, however, each Time The particle's returned.

3. Next, I held the glass up To The light, I noticed the water was a murky color, tinted Brown as Though it was dirty.

4. Early in The morning The water has a Musty Foul odor. Being New, I assumed the water system was under repair.

5. After Several Months the condition of The water did not change. (2)

6. I began To notice That the Maintenance STAFF, who had the responsibility of Maintaining The water System, carried Their own bottle water.

7. I Started To become alarmed by This, so, next I started to notice That "All the STAFF arrived at work carrying Their own bottle water also.

8. On Sept 17, 2018 I was Transferred Next Door To The Hind's County, county farm.

9. At the County Farm The lighting is much better. The Sinks are Separate From The Toliet's and are made of White porcelain.

10. With The Extra lighting Showing against The white porcelain back drop, The contaminant's and murky coloration of The water became highlighted To The point That it became "Scary".

11. Somedays The debris coming from The Tap is so intense That inmates line up To Microwave Ice for drinking water. -continued-

(1) The detention center and The County Farm both use The Same Water Source.
(2) The Same Maintenance STAFF maintain's both facilities.

12. AT The COUNTY farm, The ICE Maker has it's own FILTER SYSTEM.

13. ONE Day I NOTICE OFFICER Miller drinking bottled WATER SO I Said; "why are you buying WATER when There's "Free WATER in The WATER fountain? OFFICER Miller Responded; "I'm not drinking That, I don't See how you guy's drink That! I Said; "We dont have A choice. OFFICER Miller Said; "Oh well...

14. I TRIED filing greivance's about The WATER, however, I got no response. (See Exhaustion of Remedies)

15. AFTER SOME investigating I discovered The WATER being provided at The two Facilities does NOT COME from The cities WATER Suppy.

16. The detention center AND The county farm have Their own exclusive WATER SYSTEM

17. The SYSTEM uses pipe's layed down more Than FIFTY Year's ago.

18. These out dated pipe's are releasing rust and lead contaminant's into The WATER Supply.

19. The System draw's WATER From The ground, Then store's it in pipe's AND a Tank.

20. Storing WATER in pipe's and a Tank cause's bacteria Growth without Chlorination.

21. The growth of bacteria is causing The foul odor in The WATER.

22. It doe's not require an expert To determine There's a problem with The WATER when;

(a) You can clearly See debris and a Murky brown color, and

(b) You can Smell a foul odor.

23. As inmate's We don't have access To bottle WATER. We are forced To drink The WATER AND The beverage's Served That are Made with The WATER.

CONTINUED

24. The Kitchen Make's And Serve's The inmates beverage's From The Water.

25. On Dec 12th 2018, Sheriff Victor Mason arrived at The County farm escorting approximately 40 Student's and civic leader's.

26. The kitchen went all out and prepared Baked chicken.

27. Instead of Serving The beverage Served To The inmates, The Sheriff and party was provided with canned Soft Drink's.

28. I Live in fear for The Safety of My health and future health.

29. Being forced To drink contaminated water "Present's an imminent Danger of Serious Physical Injury.

Pursuant To 28 U.S.C. § 1746 I, Henry Hinton hereby Swear under The penalty of perjury That The STATEMENT'S contained herein Are True, and correct.

On This The 20th Day Of December 2018

Respectfully Submitted

[signature]

HENRY Hinton Plaintiff Pro-se

EXhaustion of Administrative Remedies 

In Raymond Detention Center and at The Hinds County County Farm inmate seeking to file a Grievance" must use a Electronic System named; Connectus® The staff and inmates call the system "Key out".

On August 3rd 2018, I filed a Greivance via The Key out System. The Greivance has "never" been answered. The System continues to say "Processing".

In Oct, 2018, I discovered Sheriff Victor Mason and Hind's County were under a federal court ordered Settlement Agreement. As part of the Settlement, The Defendant's Agreed to Respond (Timely) to the inmates Grievances. The defendant's were accused of failing to Respond to the inmate's Grievances.

Plaintiff discovered the Settlement Agreement in Oct when the Federal Monitor's came for a visit. Doing the visit, Plaintiff showed the Monitor the deplorable condition of the water. The Monitor Ran the water, then smelled it and stated; The water wasn't in the Settlement, but it should have been.

On About Oct 12th 2018, Plaintiff wrote a Greivance Directly to Sheriff Mason, via the U.S Mail, Postage Prepaid. Plaintiff has got no response.

On About Nov, 28, 2018, Plaintiff wrote to Mitzi Dease Paige whose title was Chief Counsel in the Jackson's U.S Attorney's office in the Settlement Agreement. In the letter Plaintiff notified the Government that the Defendant's were again failing to Respond to the inmate's Grievances.

Finally on 12-10-2018, I filed yet another grievance complaining of the contaminated water. The Hinds County inmate Hand book states, inmates will receive a response to the first step withen 3 days. Again I've got no Response.

Due to the facilities failure to Respond, "There are no Available Remedy to be had.

The U.S. Supreme Court has noted, however, "The PLRA contains it's own texual exception to mandatory exhaustion. In Ross vs. Blake, 136 S.Ct. 1850, 1857 (2016) The Court Said: "Under § 1997e(a) the exhaustion —

- Requirement "hinges on the availability of administrative remedies: An inmate must exhaust available remedies, but need not exhaust unavailable ones." Id at 1858.

## Conclusion

For the foregoing reasons, The detention center and county farm official's are unable to or unwilling to respond to Plaintiff's Grievance's making "No Remedy Available.

On This The 20th Day of December 2018

Respectfully Submitted

[signature]

Henry Hinton Plaintiff Pro-Se

## Claim For Relief



Contaminated unsafe Drinking Water poses life Threating conditions. The law Require's THE Defendants To provide "Clean, Safe, Drinking Water.

Plaintiff is A Detainee AND is Entitled To Relief Pursuant To THE UNITED STATES Constitution's fourthteenth Amendment Due process Clauses.

On This The 20th Day Of December 2018

Respectfully Submitted

HENRY Hinton Plaintiff Pro-Se